Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0746

East Alabama Gun Club, LLC, and Alan Lavender v. Ronald G. Childs
and Dana W. Childs (Appeal from Russell Circuit Court: CV-22-900013).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(A), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.